NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPLUS TECHNOLOGIES, LTD.,**
*Plaintiff-Appellee,*

v.

**VIZIO, INC.,**
*Defendant-Appellant,*

AND

**SEARS HOLDINGS CORPORATION,**
*Defendant.*

---

2014-1297

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-05707-MRP-E, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until July 21, 2014, for VIZIO to file its principal brief, for an extension of time, until September 22, 2014, for Oplus

to file its principal brief, and for an extension of time, until October 22, 2014, for VIZIO to file its reply brief.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The motion is granted.

                                                      FOR THE COURT

                                                      /s/ Daniel E. O'Toole
                                                      Daniel E. O'Toole
                                                      Clerk of Court

s21